```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 09611
    FELICIA BRIDER
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-3785


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/18/2008 and was confirmed 07/08/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/13/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID             PAID
-------------------------------------------------------------------------------
NCO FINANCIAL SYSTEMS IN UNSECURED           500.00            .00              .00
SPRINT CORPORATION       UNSECURED         NOT FILED           .00              .00
BRINKS HOME SECURITY     UNSECURED         NOT FILED           .00              .00
AT&T                     UNSECURED            452.96           .00              .00
CENTRAL FURNITURE        UNSECURED         NOT FILED           .00              .00
WOW INTERNET & CABLE SER UNSECURED         NOT FILED           .00              .00
MID AMERICA BANK         UNSECURED         NOT FILED           .00              .00
WASHINGTON MUTUAL BANK   UNSECURED         NOT FILED           .00              .00
SPRINT COMMUNICATION     UNSECURED         NOT FILED           .00              .00
PREMIER BANKCARD         UNSECURED            448.25           .00              .00
TCF NATIONAL BANK        UNSECURED         NOT FILED           .00              .00
PEOPLES GAS LIGHT & COKE UNSECURED           1601.88           .00              .00
CITICORP TRUST BANK      NOTICE ONLY       NOT FILED           .00              .00
HSBC                     UNSECURED         NOT FILED           .00              .00
ST ELIZABETH HOSPITAL    UNSECURED           1175.00           .00              .00
JEFFERSON CAPITAL SYSTEM UNSECURED            420.71           .00              .00
BANK OF AMERICA NA       UNSECURED            471.32           .00              .00
COMMONWEALTH EDISON      UNSECURED            976.40           .00              .00
COM ED                   UNSECURED         NOT FILED           .00              .00
PEAK 5                   UNSECURED           9450.31           .00              .00
TCF BANK                 UNSECURED         NOT FILED           .00              .00
TCF NATIONAL BANK        UNSECURED         NOT FILED           .00              .00
REGIONAL ACCEPTANCE CORP UNSECURED          10311.79           .00              .00
JEFFERSON CAPITAL SYSTEM UNSECURED            229.66           .00              .00
HOWARD JORDEN            NOTICE ONLY       NOT FILED           .00              .00
IL MASONIC MEDICAL CENTE UNSECURED         NOT FILED           .00              .00
CITIFINANCIAL MORTGAGE C CURRENT MORTG          .00            .00              .00
CITIFINANCIAL MORTGAGE C MORTGAGE ARRE          .00            .00              .00
COOK COUNTY TREASURER    SECURED             2139.29          4.85           662.66
CENTRAL FURNITURE        SECURED NOT I      1062.24           .00              .00
COOK COUNTY TREASURER    SECURED NOT I          .00            .00              .00
COOK COUNTY TREASURER    UNSECURED         NOT FILED           .00              .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 09611 FELICIA BRIDER
```

```
PREMIER BANKCARD             UNSECURED       NOT FILED              .00             .00
JEFFERSON CAPITAL SYSTEM     UNSECURED       NOT FILED              .00             .00
PEOPLES GAS                  UNSECURED       NOT FILED              .00             .00
LEGAL HELPERS PC             DEBTOR ATTY      2,700.00                         1,039.09
TOM VAUGHN                   TRUSTEE                                             148.40
DEBTOR REFUND                REFUND                                                 .00
```

Summary of Receipts and Disbursements:

```
                              RECEIPTS           DISBURSEMENTS

TRUSTEE                       1,855.00

PRIORITY                                                .00
SECURED                                              662.66
    INTEREST                                           4.85
UNSECURED                                               .00
ADMINISTRATIVE                                     1,039.09
TRUSTEE COMPENSATION                                 148.40
DEBTOR REFUND                                           .00
                          ---------------     ---------------
TOTALS                        1,855.00             1,855.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
Dated: 02/25/09              /s/ Tom Vaughn
                             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE
```